ACCEPTED
06-18-00045-CR
SIXTH COURT OF APPEALS
TEXARKANA, TEXAS
3/26/2018 3:43 PM
DEBBIE AUTREY
CLERK

| | |
|---|---|
| **Appellate Docket Number:** | |
| **Appellate Case Style:** | |
| **Vs.** | |
| **Companion Case(s):** | |

Amended/Corrected Statement

FILED IN
6th COURT OF APPEALS
TEXARKANA, TEXAS
3/26/2018 3:43:21 PM
DEBBIE AUTREY
Clerk

# DOCKETING STATEMENT (Criminal)

Appellate Court:

(to be filed in the court of appeals upon perfection of appeal under TRAP 32)

| I. Appellant | III. Appellee |
|---|---|
| Name: | Name: |
| Appellant Incarcerated?    Yes    No | Appellee Incarcerated?    Yes    No |
| Bond Amount: | Bond Amount: |
|      Pro Se |      Pro Se |
| *If Pro Se Party, enter the following information:* | *If Pro Se Party, enter the following information:* |
| Address: | Address: |
| City/State/Zip: | City/State/Zip: |
| Tel.            Ext.        Fax: | Tel.            Ext.        Fax: |
| Email: | Email: |
| **II. Appellant Attorney(s)** | **IV. Appellee Attorney(s)** |
|     Lead Attorney |     Lead Attorney |
| Name: | Name: |
| Bar No. | Bar No. |
| Firm/Agency: | Firm/Agency: |
| Address 1: | Address 1: |
| Address 2: | Address 2: |
| City/State/Zip: | City/State/Zip: |
| Tel.                      Ext. | Tel.                      Ext. |
| Fax: | Fax: |
| Email: | Email: |
|     Lead Attorney |     Lead Attorney |
| Name: | Name: |
| Bar No. | Bar No. |
| Firm/Agency: | Firm/Agency: |
| Address 1: | Address 1: |
| Address 2: | Address 2: |
| City/State/Zip: | City/State/Zip: |
| Tel.                      Ext. | Tel.                      Ext. |
| Fax: | Fax: |
| Email: | Email: |

## V. Perfection of Appeal, Judgment and Sentencing

| | |
|---|---|
| Nature of Case (Subject Matter or Type of Case): | Was the Trial by:    Jury    Non-Jury |
| | Date Notice of Appeal filed in Trial Court: |
| Type of Judgment: | |
| | If mailed to the Trial Court clerk, also give the date mailed: |
| Date Trial Court imposed or suspended sentence in open court or date Trial Court entered appealable order: | Punishment Assessed: |
| Offense Charged: | Is the Appeal from the pre-trial order?    Yes    No |
| | Does the Appeal involve the constitutionality or the validity of a statute, rule or ordinance?          Yes    No |
| Date of Offense: | |
| Defendant's Plea: | |
| If guilty, does defendant have the Trial Court's Certificate to Appeal?    Yes    No | |

## VI. Actions Extending Time To Perfect Appeal

Motion for New Trial:                    Yes        No    If yes, date filed:

Motion in Arrest of Judgment:        Yes        No    If yes, date filed:

Other:                                          Yes        No    If yes, date filed:

   If Other, please specify:

## VII. Indigency of Party (Attach file stamped copy of Motion and Affidavit)

Motion and Affidavit filed:        Yes        No        N/A        If yes, date filed:

Date of Hearing:                                                N/A

Date of Order:                                                  N/A

Ruling on Motion:    Granted        Denied            N/A        If granted or denied, date of ruling:

## VIII. Trial Court and Record

Court:

County:

Trial Court Docket No. (Cause No.):

Trial Court Judge (who tried or disposed of the case):

   Name:

   Address 1:

   Address 2:

   City/State/Zip:

   Tel.                       Ext.

   Fax:

   Email:

**Clerk's Record**

Trial Court Clerk:    District    County

Was Clerk's record requested?:    Yes    No

   If yes, date requested:

   If no, date it will be requested:

Were payment arrangements made with clerk?
        Yes    No    Indigent

**Reporter's or Recorder's Record**

Is there a Reporter's Record?    Yes    No

Was Reporter's Record requested?:    Yes    No

   If yes, date requested:

   If no, date it will be requested:

Was the Reporter's Record electornically recorded?    Yes    No

Were payment arrangements made with the court reporter/court recorder?    Yes    No    Indigent

| Court Reporter    Court Recorder<br>Official          Substitute | Court Reporter    Court Recorder<br>Official          Substitute |
|---|---|
| Name: | Name: |
| Address 1: | Address 1: |
| Address 2: | Address 2: |
| City/State/Zip: | City/State/Zip: |
| Tel.          Ext. | Tel.          Ext. |
| Fax: | Fax: |
| Email: | Email: |

## IX. Related Matters

List any pending or past related appeals before this, or any other Texas Appellate Court, by Court, Docket, and Style.

Court:                                           Docket:

Style:

    Vs.

Court:                                           Docket:

Style:

    Vs.

Court:                                           Docket:

Style:

    Vs.

Court:                                           Docket:

Style:

    Vs.

Court:                                           Docket:

Style:

    Vs.

Court:                                           Docket:

Style:

    Vs.

## X. Signature

Signature of counsel (or Pro Se Party)                    Date

Printed Name                                  State Bar No.

Electronic Signature (Optional)                          Name

## XI. Certificate of Service

The undersigned counsel certifies that this Docketing Statement has been served on the following lead counsel for all parties to the Trial Court's Order or Judgment as follows:

Signature of counsel (or Pro Se Party)                    Electronic Signature (Optional)

State Bar No.

Certificate of Service Requirements (TRAP 9.5(e)): A certificate of service must be signed by the person who made the service and must state:

        (1) the date and manner of service;
        (2) the name and address of each person served, and
        (3) if the person served is a party's attorney, the name of the party represented by the attorney.

**Please enter the following for each person served:**

Date Served:

Manner Served:

Name:

Bar No.

Firm/Agency:

Address 1:

Address 2:

City/State/Zip:

Tel.                              Ext.

Fax:

Email:

Date Served:

Manner Served:

Name:

Bar No.

Firm/Agency:

Address 1:

Address 2:

City/State/Zip:

Tel.                              Ext.

Fax:

Email: